```
                          United States Bankruptcy Court
                           Western District of New York
```

In re:                                                          Case No. 18-21022-PRW
Amy T Demanchick                                                Chapter 7
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0209-2          User: sputnam          Page 1 of 1          Date Rcvd: Oct 03, 2018
                              Form ID: defyBK2       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Amy T Demanchick,    80 Andy Lane,    Rochester, NY 14606-4902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
              Kenneth W. Gordon    lgordons@rochester.rr.com,  N251@ecfcbis.com;kwg@trustesolutions.net
                                                                                                   TOTAL: 1

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

In Re:  Case No.: 2–18–21022–PRW
          Chapter: 7
    Amy T Demanchick

                      Debtor(s)  SSN: xxx–xx–3713

## CASE OPENING DEFICIENCY

**To the Debtor(s):**

**The following case opening deficiencies are noted and must be promptly corrected:**

- Missing Schedules/Statements: Schedules A–J, Form 106Sum Summary of Assets & Liabilities, Form 106Dec Declaration About Debtors Schedules, Form 107 Statement of Financial Affairs, Form 108 Statement of Intention, Form 122A–1 Ch 7 Statement of Your Current Monthly Income

**Please call the Clerk's office at (585) 613–4200 for additional questions.**

Date: October 3, 2018        Lisa Bertino Beaser, Clerk of the Bankruptcy Court
                                    By: S. Putnam, Deputy Clerk

Form defyBK2/Doc 6
www.nywb.uscourts.gov